# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION NO. 1:17-CV-989** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **$146,500,000 IN FUNDS,** | : | |
| **Defendant Property** | : | |

## **ORDER**

Upon the proceedings had heretofore and the Motion (Doc. 8) of the United States of America, the court finds:

A verified Complaint against the defendant property was filed on June 7, 2017, seeking forfeiture of $146,500,000 in U.S. Currency, as agreed to by the defendant property owner, Western Union, in the Deferred Prosecution Agreement filed with this court on January 19, 2017, and docketed at 1:17-CR-00011.

Notice of said forfeiture action and arrest was published for a period of thirty (30) consecutive days on the government's internet forfeiture website and served directly on all interested parties. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court within thirty-five (35) days of the execution of the Warrant or within thirty (30) days of final publication of the Notice of Arrest or actual notice of this action, whichever occurred first.

Despite proper notice, no petitions or answers were filed within the requisite period required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture and Entry of Default Judgment, it is hereby ORDERED that:

1) All right, title and interest in the above-described $146,500,000 in U.S. Currency, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2) The United States is entitled to its costs herein;

3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 21st day of August 2017.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania